| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **11** |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Diversity Freight Lines Inc** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5449070** | |
| 4. | **Debtor's address** | **Principal place of business** **29 W Noblestown Road Suite 100 Carnegie, PA 15106** Number, Street, City, State & ZIP Code **Allegheny** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **diversitygo.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Diversity Freight Lines Inc** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Diversity Freight Lines Inc**     Case number (*if known*)
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Diversity Freight Lines Inc**_____   Case number (*if known*)_____
    Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  **Diversity Freight Lines Inc**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 27, 2023**
MM / DD / YYYY

X **/s/ Kanatbek Nurmamatov**       **Kanatbek Nurmamatov**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Christopher M. Frye**      Date **July 27, 2023**
Signature of attorney for debtor         MM / DD / YYYY

**Christopher M. Frye 208402**
Printed name

**Steidl & Steinberg, P.C.**
Firm name

**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Number, Street, City, State & ZIP Code

Contact phone  **412-391-8000**    Email address  **chris.frye@steidl-steinberg.com**

**208402 PA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Diversity Freight Lines Inc** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Bank**<br>541 Arlen Drive<br>Jerome, ID 83338 | | 2019 Freightliner PT | | $104,683.00 | $70,000.00 | $34,683.00 |
| **American Express**<br>PO Box 570622<br>Atlanta, GA 30357 | | Line of credit | | | | $77,878.00 |
| **BlueVine**<br>401 Warren St #300<br>Redwood City, CA 94063 | | Line of credit | | | | $66,126.00 |
| **BMO Harris Transportation Finance**<br>4 Mountain View Ter Suite 301<br>Danbury, CT 06810 | | 5 Dryvans | | $279,282.00 | $225,000.00 | $54,282.00 |
| **BMO Harris Transportation Finance**<br>4 Mountain View Ter Suite 301<br>Danbury, CT 06810 | | 5 Fruehauf Dryvans and 2 Reefer Trailers | | $447,719.00 | $405,000.00 | $42,719.00 |
| **BMO Harris Transportation Finance**<br>4 Mountain View Ter Suite 301<br>Danbury, CT 06810 | | 3 Stepdeck Trailers | | $177,255.00 | $168,000.00 | $9,255.00 |
| **Chase Bank**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $28,768.00 |

Debtor **Diversity Freight Lines Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Equipment Leasing Group of America** 211 Waukegan Road Suite 100 Northfield, IL 60093 | | **2020 Freightliner DS PT1, 2019 Freightliner Cascadia, 2019 Freightliner Cascadia, 2022 Freightliner Cascadia** | | $341,714.00 | $315,000.00 | $26,714.00 |
| **Intuit** 2700 Coast Avenue Mountain View, CA 94043 | | **Line of Credit** | | | | $26,824.00 |
| **JPMorgan Chase Bank, NA** 270 Park Avenue New York, NY 10017 | | **UCC Filing** | | $94,261.00 | Unknown | Unknown |
| **Paccar Financial** 240 Gibraltar Road #200 Horsham, PA 19044 | | **2023 Kenworth T680 Tractor, 2023 Kenworth T680 Tractor** | | $268,554.00 | $266,000.00 | $2,554.00 |
| **Penske Truck Leasing** Route 10 Green Hills Reading, PA 19603 | | **Lease deficiency** | | | | $0.00 |
| **Ryder** 15 Ingram Avenue Pittsburgh, PA 15205 | | **Disputed lease** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **The Huntington National Bank** Attn: GW1N05555 Cleveland Ave. Columbus, OH 43231 | | **5 Fruehauf Dryvan trailers** | | $256,124.00 | $225,000.00 | $31,124.00 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Diversity Freight Lines Inc**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diversity Freight Lines Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 27, 2023**  
Date

**/s/ Christopher M. Frye**  
**Christopher M. Frye 208402**  
Signature of Attorney or Litigant  
Counsel for **Diversity Freight Lines Inc**  
**Steidl & Steinberg, P.C.**  
**707 Grant Street**  
**Suite 2830- Gulf Tower**  
**Pittsburgh, PA 15219-1908**  
**412-391-8000 Fax:412-391-0221**  
**chris.frye@steidl-steinberg.com**